UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHANE FIELDS**                                                                                       **PLAINTIFF**

V.                              No. 4:20-cv-00809-LPR-JTR

**JODI GIVENS, Officer**                                                                    **DEFENDANT**

## RECOMMENDED DISPOSITION

The following Recommended Disposition has been sent to United States District Judge Lee P. Rudofsky. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not file objections, Judge Rudofsky may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

On June 7, 2020, Shane Fields ("Fields"), then a detainee in the Faulkner County Detention Center ("FCDC"), initiated this action by filing a *pro se* § 1983 Complaint. (*Doc. 2*). On July 10, 2020, the Court entered an Initial Order for *Pro Se* Prisoners which advised Fields of his obligation to promptly notify the Clerk of any change in his address. (*Doc. 3*). This Order also advised Fields of his general

obligation to respond to any communication from the Court within thirty days and that his failure to do so could result in his claims being dismissed.

On December 15, 2020, Defendants filed a Motion for Summary Judgment for Failure to Exhaust, with supporting documents. (*Docs. 16-18*). Although the Court ordered Fields to file a response by January 19, 2021 (*Doc. 19*), he failed to do so.

On February 10, 2021, Defendants filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 41(b) seeking to have Fields' Complaint dismissed for his failure to comply with the Orders of this Court and for failure to prosecute. (*Doc. 20*).

On February 25, 2021, mail sent to Fields at the FCDC was returned, with the notation, "Not in Facility." (*Doc. 23*).

On March 18, 2021, the Court entered an Order directing Fields to provide a current mailing address and advising him that, if he failed to do so, his case would dismissed without prejudice. (*Doc. 24*). Plaintiff has not responded to the February 25, 2021 Order, and the time for doing so has expired.[1]

IT IS THEREFORE RECOMMENDED THAT:

1.  Defendants' Motion to Dismiss (*Doc. 20*) be GRANTED.

---

[1] The Court's Order was mailed to Plaintiff at his last known address, the FCDC, but was returned as undeliverable because he is no longer at that address. (*Doc. 25*). Under Local Rule 5.5(c)(2), it is Field's responsibility to promptly notify the Court of an address change. He has not done so, making it impossible for the Court to communicate with him.

2. Plaintiff's Complaint be DISMISSED, without prejudice, pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure.

3. All pending Motions, including *Doc. 16*, be denied as MOOT.

4. The Court certify pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from an Order and Judgment dismissing this action would not be taken in good faith.

Dated this 12th day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE