IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHANE FIELDS**     **PLAINTIFF**
**#653173**

v.     Case No. 4:20-cv-00809-LPR-JTR

**RUSTY PAGE, Sergeant, Faulkner**
**County Sheriff's Office,** *et al.*     **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge J. Thomas Ray. No objections have been filed, and the time to do so has now expired. After a careful and *de novo* review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.[1]

Mr. Fields' claims are DISMISSED without prejudice due to his failure to: (1) follow the Court's Order directing him to provide the Court with a valid mailing address; and (2) prosecute his case. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

---

[1] The Recommendation was erroneously captioned *Fields v. Givens* instead of *Fields v. Page*. (Doc. 26). All of the previous Orders in this case have been correctly captioned. Given that the Recommendation was "returned as undeliverable" (Doc. 27) because Mr. Fields has not complied with previous Orders to update his address, the miscaptioning of the Recommendation is of no consequence.

IT IS SO ORDERED this 28th day of May 2021.

                                                                  LEE P. RUDOFSKY  
                                                                  UNITED STATES DISTRICT JUDGE