IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHANE FIELDS**     **PLAINTIFF**
**#653173**

v.     Case No. 4:20-cv-00809-LPR-JTR

**RUSTY PAGE, Sergeant, Faulkner
County Sheriff's Office,** *et al.*     **DEFENDANTS**

## JUDGMENT

Pursuant to the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ADJUDGED this 28th day of May 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE